**FILED**
May 9, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                           )   Case No. 2:14MJ00100-CKD
            Plaintiff,     )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
LARRY STEVEN OCCHIPINTI,   )
                           )
            Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LARRY STEVEN OCCHIPINTI , Case No. 2:14MJ00100-CKD  , Charge  18USC § 2252(a)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $__

✔  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✔  (Other)   Pretrial conditions as stated on the record.

The defendant shall be released on May 12, 2014 @ 9:00 a.m. to the Pretrial services officer.

Issued at  Sacramento, CA  on  May 9, 2014  at  3:10 pm  .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court